**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 17, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRETT W. ELLIS,

Defendant - Appellant.

No. 17-3037
(D.C. Nos. 2:14-CV-02578-KHV and
2:12-CR-20093-KHV-DJW-1)
(D. Kan.)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

Before **PHILLIPS**, **McKAY**, and **McHUGH**, Circuit Judges.

Appellant seeks a certificate of appealability to appeal the district court's

denial of his 28 U.S.C. § 2255 habeas petition.

Following the denial of his motion to suppress evidence found in a search

of his residence and computers, Appellant pled guilty to possession of child

pornography and was sentenced pursuant to a Rule 11(c)(1)(C) plea agreement to

a below-guidelines sentence of seventy-two months. In his § 2255 petition, he

raised several claims of ineffective assistance of counsel, all relating to the

---

[*] This order is not binding precedent except under the doctrines of law of
the case, res judicata, and collateral estoppel. It may be cited, however, for its
persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

unsuccessful motion to suppress.

The district court denied Appellant's § 2255 petition in a comprehensive twenty-three page order, in which the court analyzed each of Appellant's claims and explained why each claim failed to show constitutionally ineffective advocacy and/or prejudice under the Supreme Court's governing *Strickland* standard. *See Strickland v. Washington*, 466 U.S. 668, 687, 694 (1984).

After thoroughly reviewing Appellant's brief and the record on appeal, we conclude that reasonable jurists would not debate the correctness of the district court's ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For substantially the same reasons given by the district court, we **DENY** Appellant's request for a certificate of appealability and **DISMISS** the appeal.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge